*The same* v. *Nelson Randall and Abby Jane Baker et al.* Order directing purchaser to complete his purchase within

ten days, or that the premises be resold, upon a notice of three weeks.